UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN ANDRE BRIDGES,<br><br>    Defendant. | Case No. 2:20-cr-00498-SB -1<br><br>ORDER DENYING APPOINTMENT OF COUNSEL |

    In his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2), Defendant Brian Andre Bridges requests appointment of counsel. Dkt. No. 199 at 2 of 4. Defendant does not have the right to appointed counsel to assist him with his § 3582(c) motion. *United States v. Townsend*, 98 F.3d 510, 512–13 (9th Cir. 1996). Because Defendant's motion demonstrates that he can adequately present the issues and arguments in support thereof, the Court denies the request. *See United States v. Richardson*, 569 F. App'x 504, 505 (9th Cir. 2014) (unpublished) (affirming denial of appointment of counsel on § 3582(c) motion)

Date: September 23, 2024

                                              Stanley Blumenfeld, Jr.
                                              United States District Judge